Michael T. WASHINGTON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 537, 2016

Supreme Court of Delaware.

Submitted: February 24, 2017

Decided: April 28, 2017

Reargument and Rehearing En
Banc Denied May 17, 2017

Court Below—Superior Court of the
State of Delaware, Cr. ID No.
0909018475A&B

AFFIRMED.

IN RE BOOKS–A–MILLION,
INC. STOCKHOLDERS
LITIGATION

Jean–Marc Rousset and Susan Vance,
Plaintiffs–Below Appellants,

v.

Clyde B. Anderson, Terrence C.
Anderson, Ronald G. Bruno, Ronald J.
Domanico, Edward W. Wilhelm, Ter-
rance G. Finley, R. Todd Noden,
James F. Turner, Family Acquisition
Holdings, Inc., and Family Merger
Sub, Inc., Defendants-Below Appel-
lees.

No. 515, 2016

Supreme Court of Delaware.

Submitted: May 17, 2017
Decided: May 22, 2017

Court Below: Court of Chancery of the
State of Delaware, Consol. C. A. No.
11343–VCL

AFFIRMED.

In the MATTER OF the Petition
of Earl B. BRADLEY for a
Writ of Mandamus

No. 196, 2017

Supreme Court of Delaware.

Submitted: May 19, 2017
Decided: May 23, 2017
Reargument Denied June 6, 2017

DENIED. DISMISSED.